173 A.3d 155

**ARD MALHI, LLC**

v.

**BD. OF LICENSE COMMISSIONERS
FOR PRINCE GEORGE'S CO.**

**Pet. Docket No. 295, Sept.Term, 2017**

Court of Appeals of Maryland.

November 17, 2017

Opinion of the Court of Special Appeals unreported (No. 847, Sept.Term, 2016).

Petition for writ of certiorari denied

173 A.3d 155

**BARTON, Willie L.**

v.

**STATE of Maryland**

**Pet. Docket No. 288, Sept.Term, 2017**

Court of Appeals of Maryland.

November 17, 2017

Opinion of the Court of Special Appeals unreported (No. 806, Sept.Term, 2016).

Petition for writ of certiorari denied